**No. 46783.**—Protests 28492–K, etc., of Maray Corp. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441), the merchandise in question was held not subject to countervailing duty as claimed.